**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CARLOS PEREZ OLIVO,

                       Petitioner,                    15 **CIVIL** 9938 (VB)

      -against-                              **JUDGMENT**

SUPERINTENDENT H. GRAHAM,

                       Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 30, 2021, Having carefully reviewed the magistrate judge's thorough and well-reasoned R&R and the underlying record, the Court finds no error, clear or otherwise. Accordingly, the Court adopts the R&R as the opinion of the Court, and the petition for a writ of habeas corpus is DENIED, and this case is closed. As petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253(c)(2); Love v. McCray, 413 F.3d 192, 195 (2d Cir. 2005).

**DATED:** New York, New York
              July 30, 2021

                                                          RUBY J. KRAJICK
                                                           _____
                                                           Clerk of Court
                                   BY:
                                                           Deputy Clerk